THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAN JUAN ISLAND LIBRARY DISTRICT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LEXINGTON INSURANCE COMPANY, FIDELIS UNDERWRITING LIMITED, HOUSTON SPECIALTY INSURANCE COMPANY, CONVEX INSURANCE UK LIMITED, BERKSHIRE HATHAWAY SPECIALTY INSURANCE<br><br>　　　　　　Defendants. | Case No. 2:24-cv-01688-JHC<br><br>STIPULATED NOTICE OF VOLUNTARY DISMISSAL |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of this action, including all claims, causes of actions, and parties, with each party to bear its own attorney's fees and costs. The Clerk is respectfully requested to dismiss the action in its entirety.

///

///

///

STIPULATED NOTICE OF VOLUNTARY
DISMISSAL - 1
CASE NO. 2:24-CV-01688-KHC

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

DATED: June 25, 2025.

JENSEN MORSE BAKER PLLC

By *s/Gabriel Baker*
Gabriel Baker, WSBA No. 28473
Gabe.baker@jmblawyers.com
Benjamin J. Roesch, WSBA No. 39960
Benjamin.roesch@jmblawyers.com

520 Pike Street, Suite 2375
Seattle, WA 98101
206.682.1550

Attorneys for Defendants

GORDON TILDEN THOMAS & CORDELL LLP

*(per 6-24-2025 email authorization)*
By *s/Daniel R. Bentson*
Susannah C. Carr, WSBA No. 38475
scarr@gordontilden.com
Daniel R. Bentson, WSBA No. 36825
dbentson@gordontilden.com

600 University St., Suite 2915
Seattle, WA 98101

Attorneys for Plaintiff

STIPULATED NOTICE OF VOLUNTARY
DISMISSAL - 2
CASE NO. 2:24-CV-01688-KHC

**JENSEN MORSE BAKER PLLC**
520 P<small>IKE</small> S<small>TREET</small>; S<small>UITE</small> 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

# CERTIFICATE OF SERVICE

Pursuant to the laws of the United States and the State of Washington, the undersigned certifies under penalty of perjury that on the 25th day of June, 2025, the document attached hereto was served upon the below counsel in the manner indicated:

*Attorneys for Plaintiff*

Susannah C. Carr, WSBA No. 38475
Daniel R. Bentson, WSBA No. 36825
Gordon Tilden Thomas & Cordell LLP
600 University St., Suite 2915
Seattle, WA 98101
scarr@gordontilden.com
dbentson@gordontilden.com

☒ Via CM/ECF
☐ Via electronic mail
☐ Via U.S. Mail, postage prepaid
☐ Via Facsimile
☐ Via Courier
☐ Via Overnight delivery

DATED this 25th day of June, 2025 at Seattle, Washington.

By *s/Karen Langridge*
Karen Langridge, Legal Assistant

STIPULATED NOTICE OF VOLUNTARY
DISMISSAL - 3
CASE NO. 2:24-CV-01688-KHC

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550